Ted Poretz
Florence M. Beauboeuf
Zukerman Gore Brandeis
 & Crossman, LLP
Eleven Times Square
New York, New York 10036
(212) 223-6700
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OVERSEAS PRIVATE INVESTMENT
CORPORATION,

    Plaintiff,

- against –

DAVID LEWIS MOYER and ANTONIO
RAUL MARTINEZ,

    Defendants.

---

15-cv-08171 (KBF)

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

  PLEASE TAKE NOTICE that upon the annexed Declaration of Mary Ryan Bequai with exhibits, the accompanying memorandum of law, and all the pleadings and prior proceedings had herein, the undersigned will move this Court, before the Hon. Katherine B. Forrest, United States District Judge, on a date and time to be determined by the Court, in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007, for an order granting plaintiff summary judgment against David Lewis Moyer and Antonio Raul Martinez, pursuant to Fed. R. Civ. P. 56, and granting such other relief as the Court may deem just and proper.

Dated: New York, New York
       March 30, 2016

                                      Respectfully submitted,

                                      Zukerman Gore Brandeis
                                        &amp; Crossman, LLP

                              By: _____
                                   Ted Poretz
                                   Florence M. Beauboeuf
                                   Eleven Times Square
                                   New York, New York 10036
                                   (212) 223-6700
                                   *Attorneys for Plaintiff*

TO:    Todd Wengrovsky
        Law Offices of Todd Wengrovsky, PLLC
        285 Southfield Road
        Box 585
        Calverton, NY 11933
        (631) 727-3400
        *Attorneys for Defendants*